## USDC SCAN INDEX SHEET










BJR   3/12/01   10:32
3:01-CV-00422   AT & T V. BROCKSTAR TRADING
*1*
*CMP.*

Jeff Reich — 067250
THE REICH LAW FIRM
1312 EAST SHAW, SUITE 101
FRESNO, CALIFORNIA 93710
(559) 221-1191

FILED
01 MAR -9 PM 3:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: B. Reed DEPUTY

(SPACE BELOW FOR FILING STAMP ONLY)

ATTORNEY FOR Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'01 CV 0422 L (LAB)

| | |
|---|---|
| AT&T, | Case No. |
| Plaintiff, | COMPLAINT |
| vs. | |
| Brockstar Trading Limited and Does 1 to 10, inclusive, | |
| Defendants. | |

Plaintiff AT&T, by its attorneys, alleges:

1. AT&T is a corporation with its principal place of business located at 32 Avenue of the Americas, New York, New York.

2. At all times herein mentioned, defendant Brockstar Trading Limited was a business entity, form unknown, doing business in Newport Beach, California.

3. This Court has jurisdiction over this claim under 28 U.S.C. Section 1391, since defendants' liability arises under a tariff filed with the Federal Communications Commission (the "F.C.C."). Venue is proper under 28 U.S.C. Section 1391.

4. Plaintiff is unaware of the true names and capacities of the defendants sued herein as Does 1 through 10, inclusive.

1
COMPLAINT

Plaintiff will amend this complaint when the same have been ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants is responsible for the obligations herein set forth and is liable to plaintiff as herein alleged.

5. The Interstate Division of AT&T is an interstate common carrier that provides interstate and foreign communications services under tariffs filed with the F.C.C. These tariffs have the force of law.

6. At all times relevant to this action, AT&T provided commercial long distance service pursuant to Tariff F.C.C. No. 1. Section 6.13.4 of AT&T Tariff F.C.C. and Tariff F.C.C. No. 1. Section 6.13 of AT&T Tariff F.C.C. No. 1 makes defendants responsible for the payment of bills for long distance calls and services. Pursuant to Section 2.5 of AT&T Tariff No. 1, payment is due upon presentation of the bill.

7. Defendants were billed monthly from January 4, 1999 through September 4, 1999 on their AT&T CustomNet Option S service. AT&T mailed defendants a final bill for $5,796.03 representing total charges due under the tariff. Pursuant to AT&T Tariff F.C.C. No. 1, payment was due and payable to AT&T upon presentation of the bill.

8. Defendants were billed monthly from January 4, 1999 through October 4, 2000 on their CustomNet Service. AT&T mailed defendants a final bill for $31,415.23 representing total charges due under the tariff. Pursuant to AT&T Tariff F.C.C. No. 1, payment was due and payable to AT&T upon presentation of the bill.

//

REICH LAW FIRM
1312 E. SHAW
SUITE 101
FRESNO, CA 93710
(559) 221-1191

2
COMPLAINT

9. Defendants have failed and refused to pay the entire charges totalling $5,796.03 demanded in the final bill dated September 4, 1999.

10. Defendants have failed and refused to pay the entire charges totalling $31,415.23 demanded in the final bill dated October 4, 2000.

11. After deducting payments and credits, there remains unpaid a balance due and owing to AT&T for long distance service in the amount of $36,697.85.

WHEREFORE, AT&T prays the Judgment be entered as follows:

1. Awarding AT&T $36,697.85 in tariffed charges for services provided;

2. Awarding AT&T pre-judgment interest from October 4, 1999, on the sum of $5,582.62, and prejudment interest from November 4, 2000, on the sum of $31,115.23;

3. Awarding AT&T its costs and disbursements, including reasonable attorney's fees of prosecuting this action;

4. Granting AT&T such other and further relief as this Court may deem just and proper in the circumstances.

Dated: February 28, 2001.              Respectfully submitted,

                                        _____
                                        Jeff Reich
                                        Attorney for Plaintiff

REICH LAW FIRM
1312 E. SHAW
SUITE 101
FRESNO, CA 93710
(559) 221-1191

3
COMPLAINT

Jeff Reich — 067250
**THE REICH LAW FIRM**
1312 EAST SHAW, SUITE 101
FRESNO, CALIFORNIA 93710

(559) 221-1191

(SPACE BELOW FOR FILING STAMP ONLY)

ATTORNEY FOR Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T, ) | Case No. |
| ) | |
| Plaintiff, ) | CERTIFICATE AS TO |
| ) | INTERESTED PARTIES |
| vs. ) | |
| ) | |
| Brockstar Trading Limited and ) | |
| Does 1 to 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

The undersigned, counsel of record for plaintiff, AT&T, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

AT&T, plaintiff

Brockstar Trading Limited, defendant

Dated: February 25, 2001.

_____
Jeff Reich
Attorney for Plaintiff

1
Certificate as to Interested Parties

JS-44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

AT&T

**DEFENDANTS**

FILED

Brockstar Trading Limited and Does 1 to 10, inclusive

01 MAR -9 PM 3:31

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** New York
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Orange
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jeff Reich, #067250   (559) 221-1191
The Reich Law Firm
1312 East Shaw, Suite 101
Fresno, CA   93710

**ATTORNEYS (IF KNOWN)**

'01 CV 0422 L (LAB)

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | • 1 | • 1 | Incorporated or Principal Place of Business in This State | • 4 | • 4 |
| Citizen of Another State | • 2 | • 2 | Incorporated and Principal Place of Business in Another State | • 5 | • 5 |
| Citizen or Subject of a Foreign Country | • 3 | • 3 | Foreign Nation | • 6 | • 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. § 1391; AT&T F.C.C. Tariffs No. 1, Section 2.5, 6.13 and 6.13.4. An action to collect for foreign and interstate communications charges.

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| • 110 Insurance | • 310 Airplane | • 362 Personal Injury- Medical Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| • 120 Marine | 315 Airplane Product Liability | | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| • 130 Miller Act | 320 Assault, Libel & Slander | • 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| • 140 Negotiable Instrument | 330 Federal Employers' Liability | | 630 Liquor Laws | 820 Copyrights | X 450 Commerce/ICC Rates/etc. |
| • 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | 368 Asbestos Personal Injury Product Liability | 640 RR & Truck | 830 Patent | 460 Deportation |
| • 151 Medicare Act | 345 Marine Product Liability | **PERSONAL PROPERTY** | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| • 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 350 Motor Vehicle | • 370 Other Fraud | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| • 153 Recovery of Overpayment of Veterans Benefits | 355 Motor Vehicle Product Liability | • 371 Truth in Lending | 690 Other | 861 HIA (13958) | 850 Securities/Commodities Exchange |
| • 160 Stockholders Suits | 360 Other Personal Injury | • 380 Other Personal Property Damage | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| • 190 Other Contract | | | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| • 195 Contract Product Liability | | • 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| | | | | **FEDERAL TAX SUITS** | |
| • 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| • 220 Foreclosure | 442 Employment | | 790 Other Labor Litigation | 871 IRS - Third Party 26 USC 7609 | 895 Freedom of Information Act |
| • 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | 791 Empl. Ret. Inc. Security Act | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| • 240 Tort to Land | 444 Welfare | 535 Death Penalty | | | |
| • 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | 950 Constitutionality of State |
| • 290 All Other Real Property | | 550 Civil Rights | | | 890 Other Statutory Actions |
| | | 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

X 1 Original Proceeding   • 2 Removal from State Court   • 3 Remanded from Appellate Court   • 4 Reinstated or Reopened   • 5 Transferred from another district (specify)   • 6 Multidistrict Litigation   • 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   • CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $ 36,697.85   Check YES only if demanded in complaint: JURY DEMAND: • YES X NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE February 28, 2001   SIGNATURE OF ATTORNEY OF RECORD 

#067169   $150.00

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)